**FILED**

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0553

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0553

_____

STATE OF MONTANA

    Plaintiff and Appellee,

v.

RAYMOND ALLEN BERRY,

    Defendant and Appellant.

ORDER

_____

Appellant Raymond Allen Berry moves this Court for appointment of counsel in his recently filed Notice of Appeal. He states that he has a recent conviction and sentence from the Seventh Judicial District Court, Richland County.

Berry appeals a July 25, 2023 Judgment and Sentence where the District Court committed him to the Department of Corrections for a ten-year term with five years suspended for the felony offense of parenting interference. Berry had representation of counsel in his underlying matter.

Berry is entitled to the appointment of appellate counsel to represent him. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Berry's motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Raymond Allen Berry personally.

DATED this 10th day of October, 2023.

For the Court,

By: _____
Chief Justice